UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
        *Plaintiff-Appellee,*

v.                                              No. 01-4632

TIFFANIE ANITA BRACK,
        *Defendant-Appellant.*

Appeal from the United States District Court
for the Middle District of North Carolina, at Durham.
N. Carlton Tilley, Jr., Chief District Judge.
(CR-01-27)

Submitted: December 20, 2001

Decided: January 3, 2002

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

## COUNSEL

Louis C. Allen, III, Federal Public Defender, Eric D. Placke, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Benjamin H. White, Jr., United States Attorney, Arnold L. Husser, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

## OPINION

PER CURIAM:

Tiffanie Anita Brack appeals her thirty-four month sentence for one count of credit card fraud in violation of 18 U.S.C. § 1029 (1994). Finding no reversible error, we affirm.

On appeal, Brack claims that the district court erred by denying her a reduction for acceptance of responsibility pursuant to *U.S. Sentencing Guidelines Manual* ("USSG") § 3E1.1. We review a district court's determination as to whether a defendant is entitled to such a reduction with great deference for clear error. *United States v. Nale*, 101 F.3d 1000, 1005 (4th Cir. 1996).

Because there was evidence that Brack continued to violate the law and engage in deceptive conduct while she was released on bond before her sentencing hearing, we cannot conclude that the district court clearly erred in its determination. A defendant who pleads guilty and truthfully admits her conduct may still lose the adjustment through other conduct that is inconsistent with such acceptance of responsibility. *See* USSG § 3E1.1, cmt. n.3.

Accordingly, we affirm Brack's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*